**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Government, § | |
| § | |
| VS. § | CRIMINAL NO. H-13-156 |
| § | |
| JUAN RIVERA-ALCAZAR, § | |
| § | |
| Defendant. § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 25). The motion for continuance is GRANTED. The sentencing hearing is reset to **October 22, 2013 at 9:00 a.m.**

SIGNED on September 6, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge